In the Matter of the Application of COPLIN YARAS, Respondent. CITY OF ALBANY, Appellant.

Submitted October 20, 1952; decided November 26, 1952.

*Ernest B. Morris* for motion.

*Russell G. Hunt, Corporation Counsel,* opposed.

Motion denied, with leave to renew upon the argument.